**Fill in this information to identify the case:**

Debtor name    **CSC Developers, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **18-02053**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2018**     X /s/ John R. Stewart, Jr.   *John R Stewart Jr*
                                 Signature of individual signing on behalf of debtor

                                   **John R. Stewart, Jr.**
                                   Printed name

                                   **Managing Member**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **CSC Developers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02053**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $    110,625.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $    87,407.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $    198,032.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$    533,453.00

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b      $    533,453.00

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **CSC Developers, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **18-02053** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Crescom Bank** | **Checking Account** | **1294** | **$48,365.00** |

4.   Other cash equivalents *(Identify all)*

5.   **Total of Part 1.** | **$48,365.00** |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   Accounts receivable

| 11a. 90 days old or less: | **36,542.00** | - | **0.00** | = .... | **$36,542.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **CSC Developers, LLC**
_____    Case number *(if known)*  **18-02053**
      Name

12.    **Total of Part 3.**                                                          | **$36,542.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Jacobson HR-15 Mowing Tractor | $0.00 | Liquidation | $2,500.00 |

51.    **Total of Part 8.**                                                          | **$2,500.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **CSC Developers, LLC**                                    Case number *(If known)*  **18-02053**
_____
Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Tax Map #4-05-00-038.53 12.55 Acres raw land** | Fee Simple | $0.00 | Tax records | $81,300.00 |
| 55.2.   **Tax Map #4-05-00-038.23 1 Acre** | Fee Simple | $0.00 | Tax records | $4,600.00 |
| 55.3.   **Tax Map #4-05-00-038.31 1.48 Acres** | Fee Simple | $0.00 | Tax records | $4,600.00 |
| 55.4.   **Tax Map #4-05-00-038.39 .52 Acres** | Fee Simple | $0.00 | Tax records | $4,600.00 |
| 55.5.   **Tax Map #4-05-00-038.40 .55 Acres** | Fee Simple | $0.00 | Tax records | $4,600.00 |
| 55.6.   **Tax Map #4-05-00-038.49 1.06 Acres** | Fee Simple | $0.00 | Tax records | $4,600.00 |
| 55.7.   **Tax Map #4-05-00-038.42 .105 Acres** | Fee Simple | $0.00 | Tax records | $1,725.00 |
| 55.8.   **Tax Map #4-05-00-038.50 1.13 Acres** | Fee Simple | $0.00 | Tax records | $4,600.00 |

THIS DOCUMENT
MARGINAL
FOR IMAGING

1997 AUG 22 PM 3: 18  DEEDbb-K  PG 529

DOCUMENTARY STAMPS

TMS Out of 4-05-00-038.00

**EXEMPT** TITLE TO REAL ESTATE
(QUIT CLAIM DEED)

GRANTEE'S ADDRESS
2730 Laurens Road
Greenville, SC 29607

KNOW ALL ME BY THESE PRESENTS, that 101 INDUSTRIAL PARK, LLC, a South Carolina limited liability company, hereinafter referred to as "Grantor" in the State of South Carolina, County of Spartanburg, in consideration of One Dollar ($1,00), Grantor in hand paid at and before the sealing of these presents by the Grantee, hereinafter named, the receipt of which is hereby acknowledged states:

WHEREAS, on January 3, 1997, the herein described property was a portion of the property transferred from J.B. & C.R., Inc. to 101 Industrial Park, LLC by Quit Claim Deed, said deed remaining unrecorded until August 22, 1997, at which time said deed was recorded in the RMC for Spartanburg County, SC in Deed Book 66-K at Page 525 ; and.

WHEREAS, a Title to Real Estate dated February 19, 1997, transferred the herein described property from J.B. & C.R., Inc. to CSC Developers, LLC; said deed being recorded February 20, 1997 in the RMC Office for Spartanburg County, SC in Deed Book 65-L at Page 286 (a copy of which is attached hereto); and

WHEREAS, to confirm the transfer of the title to the herein described property from J.B. & C.R., Inc. to CSC Developers, LLC.

NOW, THEREFORE, Grantor provides this deed, and has granted, bargained, sold and released, and by these presents does grant, bargain, sell and release unto the following named Grantee, to-wit:  CSC DEVELOPERS, LLC, a South Carolina limited liability company, its successors and assigns forever, in fee simple, the following described property:

ALL that certain piece, parcel or lot of land, with improvements thereon, lying, situate and being in the State and County aforesaid, being shown and designated as Parcel 1, containing a total of 90.61 acres, more or less, on a plat prepared for Granny Apple Farms by Joe E. Mitchell, RLS, dated March 4, 1996, and recorded in Plat Book 134 at Page 342, RMC Office for Spartanburg County, South Carolina.

LESS, HOWEVER, and excluded from the lands hereinabove described that portion of Parcel 1 containing approximately one acre, being triangular in shape on the northern boundary of Parcel 1 and bounded on the north, east and west by lands of James B. Brockman and on the south by the center line of a 50 ft. easement, all as shown on said plat of survey; which property was conveyed to James P. Brockman, Sr. by deed recorded in Deed Book 64K at Page 614, RMC Office for Spartanburg County, South Carolina.

F:\BROCKMAN\101RMC...332-82297#158          $10.00 +

RECORDED
97 AUG 22 PM 3: 21
RMC
SPARTANBURG, S.C.

**DEE-1997-9726**

**DEED 66-K PAGE 0530**

THIS DOCUMENT
MARGINAL
FOR IMAGING

DEED 66-K PG 530

The above described property is the same property conveyed to Grantor herein by Deed of J.B. & C.R., Inc.  dated January 3, 1997, and recorded in the RMC Office for *Spartanburg County* in Deed Book *66-K* at Page *525*     on August 22, 1997.

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said premises belonging or in anywise incident or appertaining; TO HAVE AND TO HOLD all and singular the premises before mentioned unto the Grantee, its successors and assigns forever.

WITNESS the execution hereof this *22* day of August, 1997.

Signed, Sealed and Delivered
in the Presence of

_____
1st Witness

_____
2nd Witness

101 INDUSTRIAL PARK, LLC

By: _____
James P. Brockman, Member

STATE *OF SOUTH CAROLINA*
COUNTY OF GREENVILLE

I, *the undersigned* Notary Public in and for the above County and State, do hereby certify that the duly authorized member of 101 Industrial Park, LLC, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

WITNESS my hand and notarial seal, this the *22* day of August, 1997.

_____
Notary Public for South Carolina
Commission expires: *3/27/2007*

THIS DOCUMENT
MARGINAL
FOR IMAGING

**00065 l 80286**
RECORDED
97 FEB 20 AM 11:04
RMC

Address of grantee: 3515 00
900 Air Park Dr.
Greer, S C 29651

STATE OF SOUTH CAROLINA )
)        TITLE TO REAL ESTATE
COUNTY OF SPARTANBURG )

KNOW ALL MEN BY THESE PRESENTS, that JB & CR, INC, in consideration of NINE HUNDRED FIFTY THOUSAND AND NO/100, ($950,000.00), the receipt of which is hereby acknowledged, have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto

CSC DEVELOPERS, LLC, its successors and assigns forever.

All that certain piece, parcel or lot of land, with improvements thereon, lying, situate and being in the State and County aforesaid, being shown and designated as Parcel 1, containing a total of 90.61 acres, more or less, on a plat prepared for Granny Apple Farms by Joe E. Mitchell, RLS, dated March 4, 1996, and recorded in Plat Book 134 at page 342, RMC Office for Spartanburg County, South Carolina.

LESS HOWEVER, and excluded from the lands hereinabove described, that portion of Parcel 1 containing approximately one (1) acre, being triangular in shape, on the northern boundary of Parcel 1 and bounded on the north, east and west by lands of James B. Brockman and on the south by the center line of a fifty foot (50') easement, all as shown on said plat of survey, which property was conveyed to James P. Brockman, Sr., by deed recorded in Deed Book 64-K at page 614, RMC Office for Spartanburg County, South Carolina.

This is the same property conveyed to the grantor herein by deed of Fisher Agro, Inc., dated and recorded June 27, 1996, in Deed Book 64-K at page 606, RMC Office for Spartanburg County, South Carolina

Block Map #p/o 4-05-00-038 00

together with all and singular the rights, members, hereditaments and appurtenances to said premises belonging or in anywise incident or appertaining; to have and to hold all and singular the premises before mentioned unto the grantee(s); and the grantee's(s') heirs (or successors) and assigns forever. And the grantor(s) do(es) hereby bind the grantor(s) and the grantor's(s') heirs (or successors), executors and administrators to warrant and forever defend all and singular said premises unto the grantee(s) and the grantee's(s') heirs (or successors) and assigns against the grantor(s) and the grantor's(s') heirs (or successors) and against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to restrictions and easements of record, if any.

WITNESS the grantor's(s') hand(s) and seal(s) this 19th day of February, 1997

SIGNED, sealed and delivered in the presence of    JB & CR, INC

By C F Runion, President
By James P. Brockman, Sr., Secretary/Treasurer

DEE-1997-9726                                              DEED 66-K PAGE 0532

THIS DOCUMENT
MARGINAL
FOR IMAGING

DEEDbb-K PG532

STATE OF SOUTH CAROLINA    )
                           )                    AFFIDAVIT
COUNTY OF __SPARTANBURG__  )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

Property located at __Spartanburg County, South Carolina_____,
bearing _Spartanburg_____ County Tax Map Number __4-05-00-038.00____, was transferred
by _____101 Industrial Park, LLC_____
to _____CSC Developers, LLC_____ on __August__, 1997__.

The transaction was (Check one):

_____ an arm's length real property transaction and the sales price paid or to be paid in money
or money's worth was $_____*.

_____ not an arm's length real property transaction and the fair market value of the property
is $_____*.

The above transaction is exempt, or partially exempt, from the recording fee as set forth in S.C.
Code Ann. Section 12-24-10 et.seq. because the deed is (See back of affidavit):
_____a corrected deed_____.

As required by Code Section 12-24-70, I state that I am a responsible person who was connected
with the transaction as:__ Grantor _____

I further understand that a person required to furnish this affidavit who wilfully furnishes a false
or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more
than one thousand dollars or imprisoned not more than one year, or both.
                           101 Industrial Park, LLC
                           By: _____
                           ~~Purchaser, Legal Representative of the Purchaser or other~~
                           ~~Responsible Person Connected with the Transaction~~
                                    James P. Brockman, Member

SWORN to before me this
22 day of _August_, 1997
_____(L.S.)
Notary Public for _South Carolina_
My Commission Expires: _3/27/2007_

* The fee is based on the real property's value. Value means the realty's fair market value. In arm's length real
property transactions, this value is the sales price to be paid in money or money's worth (e.g. stocks, personal
property, other realty, forgiveness of debt, mortgages assumed or placed on the realty as a result of the transaction).
However, a deduction is allowed from this value for the amount of any lien or encumbrance existing on land,
tenement, or realty before the transfer and remaining on it after the transfer.

**DEE-1997-9726**    **DEED 66-K PAGE 0533**

THIS DOCUMENT
MARGINAL
FOR IMAGING

DEED 66-K  PG 533

<u>EXEMPTIONS</u>

SPARTANBURG, S.C.
OFFICE R.M.C.
Recorded in DEED
Book 66-K    Page 529

Exempted are deeds:

(1)    transferring realty to the federal government;

(2)    transferring realty to the State, its agencies and departments, and its political subdivisions, including school districts;

(3)    otherwise exempted under the laws and Constitution of the United States or the laws or Constitution of South Carolina;

(4)    transferring realty whereby no gain or loss is recognized by reason of Section 1041 of the Internal Revenue Code as defined in Section 12-6-40(A) of the South Carolina Code of Laws.  This exemption will exempt transfers to a spouse and most transfers that are the result of a divorce;

(5)    transferring realty from an agent to the agent's principal in which the realty was purchased with the funds of the principal;

(6)    transferring an individual grave space at a cemetery owned by a cemetery company licensed under Chapter 55 of Title 39 of the South Carolina Code of Laws;

(7)    transferring realty to a member of the family or to a family trust or to a family partnership.  "Family" means spouse, parents, sisters, brothers, grandparents, grandchildren and lineal descendants.  A "family trust" is a trust whose beneficiaries are all members of the family of the transferor.  A "family partnership" is a partnership whose partners are all members of the family of the transferor;

(8)    transferring realty to a legal heir or devisee;

(9)    that constitute a contract for the sale of timber to be cut;

(10)    transferring realty from an individual to a partnership, limited liability company or corporation upon the formation of the entity if the individual is transferring the realty in order to become a partner, member or shareholder in the entity.  All other transfers of realty to or from a partnership, limited liability company or corporation, not otherwise exempt, are subject to the fee.

(11)    transferring realty in a statutory merger or consolidation from a constituent corporation to the continuing or new corporation;

(12)    transferring realty between a parent corporation and its subsidiary corporation, provided that no consideration of any kind is paid or to be paid for the transfer;

(13)    transferring realty to a nonprofit corporation organized and operated exclusively for either a religious, scientific, charitable or educational purpose, and provided no consideration of any kind is paid or to be paid for the transfer;

(14)    that constitute a corrective deed or a quitclaim deed used to conform title already vested in the grantee, provided no consideration of any kind is paid or to be paid for the corrective or quitclaim deed; or,

(15)    transferring realty from an individual to a partnership or limited liability company of which the individual is a partner or a member, provided that the transfer is subject to the fee to the extent that the transfer is a transfer of an undivided interest in the realty to partners or members other than the transferor.  The determination as to the portion of the realty's value upon which the fee must be paid must be based on the percentage interest in the partnership or limited liability company of the partners or members other than the transferor.

4/30/2018

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Parcel Results

8 Results

☐ Show Property Photos

| | Parcel ID ⬦ | Account # ⬦ | Owner ▼ | Property Address ⬦ | City ⬦ | Legal Description ⬦ | Map |
|---|---|---|---|---|---|---|---|
| 🏚 | 4-05-00-038.23 | 65225 | 🔑 CSC DEVELOPERS LLC | 115 LANDMARK DR | GREER | LOT 19 CHANDELLE SUB SEC 1 PB 152-982 PLAT IN FOLDER | Map |
| 🏚 | 4-05-00-038.31 | 65232 | 🔑 CSC DEVELOPERS LLC | 114 LANDMARK DR | GREER | LOT 24 CHANDELLE SUB SEC 1 PB 134-342 156-451 | Map |
| 🏚 | 4-05-00-038.39 | 65238 | 🔑 CSC DEVELOPERS LLC | 160 CHANDELLE RIDGE DR | WOODRUFF | P/O LOT 45 CHANDELLE SUB SEC 3 PB 156-982 | Map |
| 🏚 | 4-05-00-038.40 | 65239 | 🔑 CSC DEVELOPERS LLC | 170 CHANDELLE RIDGE DR | WOODRUFF | LOT 46 CHANDELLE SUB SEC 3 PB 156-982 PB 166-459 | Map |
| 🏚 | 4-05-00-038.42 | 65241 | 🔑 CSC DEVELOPERS LLC | HIGHWAY 101 | WOODRUFF | P/O TRACT 1 GRANNY APPLE FAMRS SURVEY PB134-342 156-982DB65K529 | Map |
| 🏚 | 4-05-00-038.49 | 65248 | 🔑 CSC DEVELOPERS LLC | 103 LANDMARK DR | GREER | LOT 17 CHANDELLE SUBDIVISION SEC 1 UNREC PLAT IN FOLDER | Map |
| 🏚 | 4-05-00-038.50 | 65249 | 🔑 CSC DEVELOPERS LLC | 202 VISTA POINTE DR | GREER | LOT 16 CHANDELLE SUBDIVISION SEC 1 UNREC PLAT IN FOLDER | Map |
| 🏚 | 4-05-00-038.53 | 65252 | 🔑 CSC DEVELOPERS LLC | 3250 HIGHWAY 101 | WOODRUFF | P/O TRACT 1 GRANNY APPLE FARMS SURVEY PB 134-342 PB 166-459 | Map |

8 Results

## Field Export

Download Format:    Excel (.xlsx)    ▶

[Download]

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM

Developed by
The Schneider
Corporation

Schneider

4/30/2018        qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.53 |
| Account # | 65252 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 12.55 AC |
| Utilities | PUBLIC WATER |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | 3250 HIGHWAY 101, WOODRUFF |
| Legal Description | P/O TRACT 1 GRANNY APPLE FARMS SURVEY PB 134-342 PB 166-459 |
| | (Note: Not to be used on legal documents) |
| Neighborhood | 9994 |
| Property Usage | Qualified Agricultural Farm Vacant (4AGL) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Exemptions

| Exemption ◆ | Year ◆ | GrantYear ◆ | Amount ◆ |
|---|---|---|---|
| Homestead | 2003 | 0 | $0.00 |

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $81,300 | $81,300 | $81,300 | $81,300 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $81,300 | $81,300 | $81,300 | $81,300 |
| Taxable Land Value | $81,300 | $81,300 | $81,300 | $81,300 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | ($79,919) | ($79,919) | ($79,919) | ($79,919) |
| = Total Taxable Value | *$1,381 | *$1,381 | *$1,381 | *$1,381 |
| Assessed Land Value | $55 | $55 | $55 | $55 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $55 | $55 | $55 | $55 |

*This parcel is subject to the value cap

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 4 AG FV (4AGL) | 12.55 | NonTimber | ACRE | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67130 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | | |

**No data available for the following modules:** Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM

Schneider

**Developed by**
The Schneider
Corporation

4/30/2018

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

**Parcel ID** 4-05-00-038.23
**Account #** 65225
**Millage Group** 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%)
**Land Size** 1 AC
**Utilities**
**Fire District** REF
**Site Conditions**
**Location Address** 115 LANDMARK DR, GREER
**Legal Description** LOT 19 CHANDELLE SUB SEC 1 PB 152-982 PLAT IN FOLDER
(Note: Not to be used on legal documents)
**Neighborhood** CHANDELLE
**Property Usage** Non-Qualified Regular Residential Vacant (6RGP)

## Owners

CSC DEVELOPERS LLC
400 AIRPARK DR
GREER SC 29651

## Exemptions

| Exemption | Year | GrantYear | Amount |
|---|---|---|---|
| Homestead | 2003 | 0 | $0.00 |

## Valuations

|  | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $4,600 | $64,600 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = **Total Market Value** | $4,600 | $4,600 | $4,600 | $64,600 |
| Taxable Land Value | $4,600 | $4,600 | $4,600 | $64,600 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = **Total Taxable Value** | $4,600 | $4,600 | $4,600 | $64,600 |
| Assessed Land Value | $276 | $276 | $276 | $3,876 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = **Total Assessed Value** | $276 | $276 | $276 | $3,876 |

4/30/2018

qPublic.net – Spartanburg County, SC

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67099 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 5/12/2014 | $1 | | DEE-2014-18545 | 106A | 585 | Unqualified – OTHER | Improved | RL240 LLC & TYGERWAY LLC, | |
| 10/12/2009 | $23,500 | | DEE-2009-44015 | 94V | 264 | Unqualified – FORECLOSURE SALE | Vacant | CRESCENT BAY BUILDERS LLC, | |
| 3/15/2007 | $70,000 | | DEE-2007-14180 | 88C | 243 | Qualified | Vacant | BUQUOR HELMUT C, | |
| 9/1/2002 | $47,900 | | DEE-2002-12227 | 76N | 705 | Qualified | Vacant | CSC DEVELOPERS LLC | |
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified – NEEDS VALIDATION CODE | Improved | JB & C R INC | |

**No data available for the following modules:** Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:44:21 PM



Schneider

**Developed by
The Schneider
Corporation**

https://qpublic.schneidercorp.com/Application.aspx?AppID=857&LayerID=16069&PageTypeID=4&PageID=7149&Q=1105643469&KeyValue=4-05-00-038.23

4/30/2018

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.31 |
| Account # | 65232 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 1.48 AC |
| Utilities | SEPTIC,WELL |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | 114 LANDMARK DR, GREER |
| Legal Description | LOT 24 CHANDELLE SUB SEC 1 PB 134-342 156-451 (Note: Not to be used on legal documents) |
| Neighborhood | CHANDELLE |
| Property Usage | Non-Qualified Regular Residential Vacant (6RGP) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Exemptions

| Exemption ⬦ | Year ⬦ | GrantYear ⬦ | Amount ⬦ |
|---|---|---|---|
| Homestead | 2002 | 0 | $0.00 |
| Homestead | 2004 | 0 | $0.00 |
| Homestead | 2005 | 0 | $0.00 |

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $76,000 | $76,000 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $4,600 | $4,600 | $76,000 | $76,000 |
| Taxable Land Value | $4,600 | $4,600 | $76,000 | $17,135 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | $4,600 | *$4,600 | *$76,000 | *$17,135 |
| Assessed Land Value | $276 | $276 | $4,560 | $1,028 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $276 | $276 | $4,560 | $1,028 |

*This parcel is subject to the value cap

https://qpublic.schneidercorp.com/Application.aspx?AppID=857&LayerID=16069&PageTypeID=4&PageID=7149&Q=1105643469&KeyValue=4-05-00-038.31

4/30/2018

qPublic.net - Spartanburg County, SC

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67107 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 4/25/2016 | $1 | | DEE-2016-17424 | 111Z | 131 | Unqualified - OTHER | Improved | RL24O LLC & TYGERWAY LLC, | |
| 10/15/2007 | $79,900 | | DEE-2007-56091 | 89V | 624 | Unqualified - OTHER | Vacant | STECK GREGORY J & KERRY R *, | |
| 7/30/2004 | $67,000 | | DEE-2007-56090 | 89V | 620 | Unqualified - NEEDS VALIDATION CODE | Vacant | RL24O LLC & TYGERWAY LLC, | |
| 7/1/2004 | $67,000 | | DEE-2004-39669 | 80W | 598 | Qualified | Vacant | CSC DEVELOPERS | |
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |

No data available for the following modules: Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM



Schneider

**Developed by**
The Schneider
Corporation

4/30/2018

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.39 |
| Account # | 65238 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 0.52 AC |
| Utilities | WELL/SEPTIC |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | 160 CHANDELLE RIDGE DR , WOODRUFF |
| Legal Description | P/O LOT 45 CHANDELLE SUB SEC 3 PB 156-982 (Note: Not to be used on legal documents) |
| Neighborhood | CHANDELLE |
| Property Usage | Non-Qualified Regular Residential Vacant (6RGP) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $4,600 | $4,600 | $4,600 | $4,600 |
| Taxable Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$4,600 | *$4,600 | *$4,600 | *$4,600 |
| Assessed Land Value | $276 | $276 | $276 | $276 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $276 | $276 | $276 | $276 |

*This parcel is subject to the value cap

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

https://qpublic.schneidercorp.com/Application.aspx?AppID=857&LayerID=16069&PageTypeID=4&PageID=7149&Q=1105643469&KeyValue=4-05-00-038.39

4/30/2018

qPublic.net - Spartanburg County, SC

Building ID        67114
Style
Gross Sq Ft
Finished Sq Ft
Stories
Condition          Average
Interior Walls
Exterior Walls
Year Built         0
Garage
Porch
Effective Year Built    0
Foundation
Roof Type
Roof Coverage
Flooring Type
Heating Type
Full Bathrooms     0
Half Bathrooms     0
3/4 Bathrooms      0
Grade
Grade Description
Number of Fire Pl  0

| Code | Description | Sketch Area | Finished Area | Perimeter |
|------|-------------|-------------|---------------|-----------|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|-----------|-----------|------------|-------------------|-----------|-----------|--------------------|--------------------|---------|---------|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | | |

No data available for the following modules: Exemptions, Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM



Schneider

Developed by
The Schneider
Corporation

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.40 |
| Account # | 65239 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 0.55 AC |
| Utilities | SEPTIC,WELL |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | 170 CHANDELLE RIDGE DR , WOODRUFF |
| Legal Description | LOT 46 CHANDELLE SUB SEC 3 PB 156-982 PB 166-459 (Note: Not to be used on legal documents) |
| Neighborhood | CHANDELLE |
| Property Usage | Non-Qualified Regular Residential Vacant (6RGP) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Exemptions

| Exemption ⬦ | Year ⬦ | GrantYear ⬦ | Amount ⬦ |
|---|---|---|---|
| Homestead | 2004 | 0 | $0.00 |

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $4,600 | $4,600 | $4,600 | $4,600 |
| Taxable Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$4,600 | *$4,600 | *$4,600 | *$4,600 |
| Assessed Land Value | $276 | $276 | $276 | $276 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $276 | $276 | $276 | $276 |

*This parcel is subject to the value cap

4/30/2018

qPublic.net - Spartanburg County, SC

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67115 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | . 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | JB & C R INC | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | | |

No data available for the following modules: Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM

Schneider

Developed by
The Schneider
Corporation

https://qpublic.schneidercorp.com/Application.aspx?AppID=857&LayerID=16069&PageTypeID=4&PageID=7149&Q=1105643469&KeyValue=4-05-00-038.40

4/30/2018                                  qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.49 |
| Account # | 65248 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 1.06 AC |
| Utilities | PUBLIC WATER,SEPTIC |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | 103 LANDMARK DR., GREER |
| Legal Description | LOT 17 CHANDELLE SUBDIVISION SEC 1 UNREC PLAT IN FOLDER (Note: Not to be used on legal documents) |
| Neighborhood | CHANDELLE |
| Property Usage | Non-Qualified Regular Residential Vacant (6RGP) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Exemptions

| Exemption ◆ | Year ◆ | GrantYear ◆ | Amount ◆ |
|---|---|---|---|
| Homestead | 2001 | 0 | $0.00 |

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $4,600 | $4,600 | $4,600 | $4,600 |
| Taxable Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$4,600 | *$4,600 | *$4,600 | *$4,600 |
| Assessed Land Value | $276 | $276 | $276 | $276 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $276 | $276 | $276 | $276 |

*This parcel is subject to the value cap

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67126 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |

No data available for the following modules: Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM



Schneider

Developed by
The Schneider
Corporation

4/30/2018

qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.42 |
| Account # | 65241 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 0.105 AC |
| Utilities | SEPTIC, WELL |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | HIGHWAY 101, WOODRUFF |
| Legal Description | P/O TRACT 1 GRANNY APPLE FAMRS SURVEY PB134-342 156-982ODB65K529 (Note: Not to be used on legal documents) |
| Neighborhood | CHANDELLE |
| Property Usage | Non-Qualified Regular Residential Vacant (6RGP) |

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | *$1,725 | $1,725 | $1,725 | $1,700 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $1,725 | $1,725 | $1,725 | $1,700 |
| Taxable Land Value | $1,725 | $1,725 | $1,725 | $1,700 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$1,725 | *$1,725 | *$1,725 | *$1,700 |
| Assessed Land Value | $104 | $104 | $104 | $102 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $104 | $104 | $104 | $102 |

*This parcel is subject to the value cap

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Lot | LOT | 0 | 0 |

## Buildings

| Building ID | 67117 |
|---|---|
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |

No data available for the following modules: Exemptions, Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM



Schneider

Developed by
The Schneider
Corporation

4/30/2018                                    qPublic.net - Spartanburg County, SC

# qPublic.net™ Spartanburg County, SC

## Summary

**Parcel ID** 4-05-00-038.50
**Account #** 65249
**Millage Group** 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%)
**Land Size** 1.13 AC
**Utilities** SEPTIC,PUBLIC WATER
**Fire District** REF
**Site Conditions** PAVED
**Location Address** 202 VISTA POINTE DR, GREER
**Legal Description** LOT 16 CHANDELLE SUBDIVISION SEC 1 UNREC PLAT IN FOLDER
(Note: Not to be used on legal documents)
**Neighborhood** CHANDELLE
**Property Usage** Non-Qualified Regular Residential Vacant (6RGP)

## Owners

CSC DEVELOPERS LLC
400 AIR PARK DR
GREER SC 29651

## Exemptions

| Exemption ⬦ | Year ⬦ | GrantYear ⬦ | Amount ⬦ |
|---|---|---|---|
| Homestead | 2003 | 0 | $0.00 |

## Valuations

|  | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $0 | $0 | $0 | $0 |
| = Total Market Value | $4,600 | $4,600 | $4,600 | $4,600 |
| Taxable Land Value | $4,600 | $4,600 | $4,600 | $4,600 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $0 | $0 | $0 | $0 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$4,600 | *$4,600 | *$4,600 | *$4,600 |
| Assessed Land Value | $276 | $276 | $276 | $276 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $0 | $0 | $0 | $0 |
| = Total Assessed Value | $276 | $276 | $276 | $276 |

*This parcel is subject to the value cap

https://qpublic.schneidercorp.com/Application.aspx?AppID=857&LayerID=16069&PageTypeID=4&PageID=7149&Q=1105643469&KeyValue=4-05-00-038.50

1/2

4/30/2018

qPublic.net - Spartanburg County, SC

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% RES VAC (6RGP) | 1.00 | Developer Multiple Lot Discount | LOT | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 67127 |
| Style | |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Stories | |
| Condition | Average |
| Interior Walls | |
| Exterior Walls | |
| Year Built | 0 |
| Garage | |
| Porch | |
| Effective Year Built | 0 |
| Foundation | |
| Roof Type | |
| Roof Coverage | |
| Flooring Type | |
| Heating Type | |
| Full Bathrooms | 0 |
| Half Bathrooms | 0 |
| 3/4 Bathrooms | 0 |
| Grade | |
| Grade Description | |
| Number of Fire Pl | 0 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| TOTAL | | | | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |
| 6/1/1996 | $0 | | DEE-1996-6980 | 64K | 606 | Unqualified - NEEDS VALIDATION CODE | Improved | | |

No data available for the following modules: Fees, Commercial Buildings, Mobile Home Buildings, Yard Items, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 4/27/2018, 11:42:21 PM

Schneider

Developed by
The Schneider
Corporation

Debtor      **CSC Developers, LLC**
_____      Case number *(If known)*  **18-02053**
_____
        Name

56.   **Total of Part 9.**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

      |  |  | $110,625.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor    **CSC Developers, LLC**
_____        Case number *(If known)*  **18-02053**
  Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,365.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,542.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $110,625.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $87,407.00 | + 91b.  $110,625.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $198,032.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **CSC Developers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02053**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **CSC Developers, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **18-02053**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**SC Dept of Rev. & Tax**<br>**PO Box 12265**<br>**Columbia, SC 29211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



| Debtor | **CSC Developers, LLC** | Case number (if known) | **18-02053** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Spartanburg County Tax Collector**
**366 North Church Street, Ste. 300**
**Spartanburg, SC 29303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Tanner**
**106 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann and Regan Allen**
**4428 S. Prestiwick Road**
**Trenton, NJ 08641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Bannister Wyatt Stalvey, LLC**
**401 Pettigru Street**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill and Marian Robinson**
**127 Landmark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Billy and Susan Israel**
**130 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes



| Debtor | **CSC Developers, LLC** | Case number (if known) | **18-02053** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bruce and Cindy Goldberg**
**140 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chandelle Property Owners Association**
**c/o Donald Ryan McCabe, Jr., Esq.**
**140 Stoneridge Drive, Ste 650**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowners Association

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clay and Marshalla Schile**
**209 Vista Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale and Judy Ellis**
**109 Landmark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David and Lynn Rexroad**
**232 Vista Pointe Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Doug and Jane Armstrong**
**444 Airpark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,397.00 |
|---|---|---|---|

**Douglas and Nicole Cobb**
**PO Box 696**
**Fairforest, SC 29336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Partner's Capital
Homeowner or Land Owner in Subdivision

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes



| Debtor | CSC Developers, LLC | Case number (if known) | 18-02053 |
|---|---|---|---|
| | Name | | |

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Gareth and Jennifer Jacobs
15 Twinings Drive
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,330.00

Gordon Zuber Estate
c/o Colonial Trust Co., PR
PO Box 2817
Greenville, SC 29601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Partner's Capital

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Greg and Kerry Steck
180 Chandelle Ridge Drive
Woodruff, SC 29388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Helmut and Silvia Tuemmel
290 Chandelle Ridge Drive
Woodruff, SC 29388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Jean Brockman
1000 Brockman Road
Greer, SC 29651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257,726.00

John R. Stewart, Jr.
2 Shannon Court
Anderson, SC 29626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Partner's Capital
Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Kay Galloway
116 Cumberland Drive
Moore, SC 29369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No  ☐ Yes

---



| Debtor | CSC Developers, LLC | | Case number (if known) | 18-02053 |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ken and Molly Galloway**<br>**120 Landmark Drive**<br>**Greer, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ken and Ruth Payne**<br>**1004 Brockman Road**<br>**Greer, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lawrence and Barbara Lewis**<br>**270 Chandelle Ridge Drive**<br>**Woodruff, SC 29388** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lynn and Connie Fleming**<br>**214 Vista Pointe Drive**<br>**Greer, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Morgan and Jan Allison**<br>**340 Frontage Road**<br>**Piedmont, SC 29673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pat and Andrea Finucane**<br>**108 Landmark Drive**<br>**Greer, SC 29651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Raymond M. Clark**<br>**2830 Cravenridge Drive NE**<br>**Brookhaven, GA 30319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Homeowner or Land Owner in Subdivision | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |



Debtor **CSC Developers, LLC**
_____
Name

Case number (if known)   **18-02053**
_____

| | | |
|---|---|---|

**3.27** Nonpriority creditor's name and mailing address
**Richard Bauer**
**113 Timberlake Circle**
**Inman, SC 29349**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
**Rob Graham as Trustee**
**450 Airpark Drive**
**Greer, SC 29651**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
**Robert and Denise Woods**
**731 Sandy Pointe Drive**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
**Steve and Marilyn Berry**
**193 Chandelle Ridge Drive**
**Woodruff, SC 29388**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
**Stu and Marjorie Swanson**
**126 Landmark Drive**
**Greer, SC 29651**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**Theron and Tameka Burton**
**310 Hyde Park Lane**
**Mauldin, SC 29662**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**Tom and Linda Saniewski**
**217 Vista Pointe Drive**
**Greer, SC 29651**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---



| Debtor | CSC Developers, LLC | Case number (if known) | 18-02053 |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vadim and Yelena Shpakovskiy**
**143 S. Lake Emory Drive**
**Inman, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walt and Dianne Fanti**
**220 Vista Pointe Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Warren and Rhonda Johnson**
**518 Airpark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in **Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chandelle Property Owners Association**<br>c/o Billy J. Isreal, Jr.<br>**130 Chandelle Ridge Drive**<br>**Woodruff, SC 29388** | Line  **3.7**<br><br>☐  Not listed. Explain _____ | _ |
| 4.2 | **Jane Van Wieren Trust**<br>**150 N.E. Naranja Avenue #A**<br>**Port Saint Lucie, FL 34983** | Line  **3.28**<br><br>☐  Not listed. Explain _____ | _ |
| 4.3 | **McCabe, Trotter & Beverly, PC**<br>**PO Box 212069**<br>**Columbia, SC 29221** | Line  **3.7**<br><br>☐  Not listed. Explain _____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                0.00 |
| **5b. Total claims from Part 2** | 5b. + | $          533,453.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          533,453.00 |

---



Fill in this information to identify the case:

Debtor name    **CSC Developers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02053**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1    State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract
_____      _____

2.2    State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract
_____      _____

2.3    State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract
_____      _____

2.4    State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract
_____      _____



**Fill in this information to identify the case:**

Debtor name    **CSC Developers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02053**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |



**Fill in this information to identify the case:**

Debtor name **CSC Developers, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **18-02053**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business  ☐ Other | $8,190.00 |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business  ☐ Other | $150,000.00 |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business  ☐ Other | $100,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **CSC Developers, LLC** | Case number *(if known)* **18-02053** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Chandelle Property Owners Association vs. CSC Developers, LLC et al<br>2016CP4201854 | Breach of Contract | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Chandelle Property Owners Association vs. CSC Developers, LLC et al<br>2016LP42003743 | Lis Pendens | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Chandelle Property Owners Association vs. CSC Developers, LLC et al<br>2016LP4200349 | Lis Pendens | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Chandelle Runway, LLC vs. Bruce R. Goldberg, et al<br>2016CP4203213 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Chandelle Runway, LLC vs Dale Ellis et al<br>2016CP4203214 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **CSC Developers, LLC**                                      Case number *(if known)* **18-02053**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Chandelle Runway, LLC vs.**<br>**George Lynn Fleming, et al**<br>**2016CP4203215** | **Trespassing** | **Spartanburg County**<br>**Courthouse**<br>**180 Magnolia St.**<br>**Spartanburg, SC 29301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Chandelle Runway, LLC vs.**<br>**Stuart R. Swanson, et al**<br>**2016CP4203344** | **Trespassing** | **Spartanburg County**<br>**Courthouse**<br>**180 Magnolia St.**<br>**Spartanburg, SC 29301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Chandelle Runway, LLC vs.**<br>**Billy J. Israel, et al**<br>**2016CP42003409** | **Trespassing** | **Spartanburg County**<br>**Courthouse**<br>**180 Magnolia St.**<br>**Spartanburg, SC 29301** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **CSC Developers, LLC**                                    Case number (if known)  **18-02053**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Cooper Law Firm**<br>**150 Milestone Way, Ste. B**<br>**Greenville, SC 29615** | $20,000.00 Attorneys Fees plus<br>$1717.00 Court Costs | April 13, 2018 | $21,717.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **CSC Developers, LLC**                                                      Case number *(if known)*  **18-02053**

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Crescom Bank<br>PO Box 81137<br>Charleston, SC 29416 | XXXX-1294 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | May 7, 2018 | $130.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| John R. Stewart, Jr.<br>2 Shannon Court<br>Anderson, SC 29626 | Doug Cobb | Financial records storage in Mobile Home owned by the Managing Member of the LLC. | ☐ No<br>☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **CSC Developers, LLC** | Case number *(if known)* | **18-02053** |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **EDWARDS AND HEDRICK, CPA**<br>**POST OFFICE BOX 1475**<br>**Greer, SC 29652** | **Prepared tax returns**<br>**for several years.** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | CSC Developers, LLC | Case number (if known) | 18-02053 |
| --- | --- | --- | --- |

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  John R. Stewart, Jr.<br>2 Shannon Court<br>Anderson, SC 29626 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John R. Stewart, Jr. | 2 Shannon Court<br>Anderson, SC 29626 | Managing Member | 37.50% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Douglas Cobb | PO Box 696<br>Fairforest, SC 29336 | Member | 22.50% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Gordon Zuber Estate | c/o Colonial Trust Co., PR<br>PO Box 2817<br>Greenville, SC 29601 | Member | 40.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **CSC Developers, LLC**                                          Case number *(if known)*  **18-02053**

---

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                **Employer Identification number of the parent**
                                                                   **corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                      **Employer Identification number of the parent**
                                                                   **corporation**

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2018**

**/s/ John R. Stewart, Jr.**                                      **John R. Stewart, Jr.**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **CSC Developers, LLC** _____       Case No.   **18-02053**
                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____       $        **20,000.00**

    Prior to the filing of this statement I have received _____       $        **20,000.00**

    Balance Due _____              $            **0.00**

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **The above fee is an initial retainer and does not represent the full amount of the
                                        fees agreed upon. A separate Engagement Letter and Fee Agreement reflect
                                        fees stated for hourly rates will be charged against the stated initial retainer. If
                                        exhausted, additional fees will be charged at the same rate**

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions,
    preparation and filing of reaffirmation agreements and applications as needed or any other adversary
    proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 15, 2018** _____       /s/ Robert H. Cooper DCID
_Date_                                          **Robert H. Cooper DCID #5670**
                                                _Signature of Attorney_
                                                **The Cooper Law Firm**
                                                **150 Milestone Way, Ste. B**
                                                **Greenville,, SC 29615**
                                                **864-271-9911  Fax: 864-232-5236**
                                                **thecooperlawfirm@thecooperlawfirm.com**
                                                _Name of law firm_