**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re:<br><br>CSC Developers, LLC<br>xx-xxx6904<br>　　　Debtor. | Case No. 18-02053-HB<br>Chapter 7 |

# NOTICE OF OVERBID

The Trustee has been informed that Service Transport, Inc. has submitted an overbid for $450,000.00.

Wherefore, the Trustee requests that the Court hear this matter October 1, 2019 as set forth in the Notice of Sale (Docket #125)

Dated:　September 17, 2019　　　　　　/s/　　John K. Fort

　　　　　　　　　　　　　　　　　　　　John K. Fort, Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　P. O. Box 789
　　　　　　　　　　　　　　　　　　　　Drayton, SC 29333
　　　　　　　　　　　　　　　　　　　　(864) 237-8284
　　　　　　　　　　　　　　　　　　　　johnkfort@gmail.com
　　　　　　　　　　　　　　　　　　　　District Court ID 863

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CSC Developers, Inc. | ) | Case Number 18-02053-HB |
| Debtor | ) | Chapter 7 |

**ORDER AUTHORIZING SALE OF ASSET**

      This proceeding comes before the Court on the Application of the Trustee for authority to sell the Estate's interest in: All that lot or parcel of land, with the buildings and improvements thereon, if any, located in Spartanburg County, South Carolina, and being identified as approximately 10.52 acres as described on survey by Souther Land Surveying dated August 19, 2015 and located at the corner of Hwy 101 and Chandelle Ridge Dr, Woodruff, SC and being a portion of Spartanburg County Tax Parcel Identification # 4-05-00-038.53 for $425,000.00

      The Court has been informed that all parties in interest have been notified of the intention to sell said property, and that no objection to the proposed Sale has been received or filed by any party in the office of the Clerk of this Court. The Trustee has represented to the Court that such sale is in the best interest of Creditors of the Estate.  If the Sale does not close within 30 days of the date of this Order, the Trustee reserves the right to sell the property to a backup purchaser on the same terms and purchase price as stated in the Notice of Sale without further notice.  The identity of the backup purchaser shall be disclosed in the Report of Sale filed with the Court.  If the backup purchaser is an insider, the Trustee shall notify the United States Trustee prior to proceeding with the backup Sale.

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the Estate's interest in the above-described property,

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the automatic 14-day stay provided by Fed. R. Bankr. P. 6004(h) does not apply to this Sale.

For the Application:
/s/     *John K. Fort*
John K. Fort, Chapter 7 Trustee
P.O. Box 789
Drayton, SC 29333
(864) 237-8284