September 27, 2019

U.S. Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

FILED

2019 SEP 30 A 11: 39

U.S BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Re: Case Number 18-02053-HB, Chapter 7, CSC Developers

Objection to the notice filed August 28, 2019, Notice and Application for Sale of the Property located at the corner of Highway 101 and Chandelle Ridge Drive, a portion of Spartanburg County Tax Parcel Identification # 4-05-00-038.53:

My wife and I, Jeff and Laura Swartwood, owners of Lots 53 and 54 (address 215 Chandelle Ridge Drive, Woodruff, SC 29388) in the Chandelle Estates community, object to the sale of the property listed above by Chapter 7 Trustee John Fort in notice received by email August 30, 2019 and by mail September 20, 2019. We object based on four criteria: 1) It will reduce the value of our property significantly and negatively impact the financial state of our family, 2) It will contribute to an unsafe environment for our children and our wives, 3) This is not what was marketed by CSC Developers, 4) It will take away contributing members of this community and replace them with an entity whose objectives are at odds with the objectives of this peaceful community and it's members.

When we moved to Chandelle Estates we were provided marketing materials that represented this property as future development of the community. That was discussed at great length with the developers prior to purchasing our property and it was understood that the property offered for sale would become a residential part of this community. If that lot becomes a commercial property it will drastically impact the value of our home and property in a negative manner. Simply stated, people do not want to live next door to commercial entities. Commercial and residential entities do not have the same goals. As a licensed real estate agent in the state of South Carolina I can attest to the fact that property values almost universally decline on the residential side if commercial properties are developed adjacent to them. It usually results in increased noise to the community members and unwanted vehicle and pedestrian traffic. This will be exponentially increased for this community, as curious people want to see an aviation community up close. **They will come to the business but drive through our community to gawk at planes** taking off in the midst of a group of houses. Some of that foot and vehicle traffic will have nefarious motives.

This leads me to my second point, which involves the safety of the children living in this community. There are currently six children under the age of 5 years that live on Chandelle Ridge Drive. Two Jacobs, two Swartwoods and two Tummels. It is a fact that commercial properties attract people that are unwanted in a residential community. Whether it is because the business sits empty in the evening providing a place for nefarious individuals to traffic or it is a business that is open 24 hours that

brings unwanted nefarious individuals at all hours of the day and night, commercial properties lend themselves to activities that are not seen in residential areas where the vigilance of the community members ward off such activity. This effect will be ten fold for an aviation community that attracts gawkers by its mere existence. Once nefarious individuals enter the community to look at the runway, hangars and airplanes, they might very well decide to kidnap or harm any of the children they see playing in the community. This community is 5 miles from Interstate 85, which is notorious for being one of the busiest human trafficking routes in the country. We are three miles from Chi Therapy Spa at the corner of Rogers Bridge Road and SC-101 and this establishment is known to law enforcement at a human trafficking establishment. So this danger already sits at our doorstep and we are not interested in providing an avenue of approach into our community by placing a commercial establishment at the front of our neighborhood, essentially inviting unwanted and nefarious actors into this community to harm our wives and children. I am forced to leave town for my work on a regular basis. Do I want to leave my wife and children more vulnerable by placing a business at my doorstep where I have no control of who they bring onto their property? Commercial entities place no value on the safety of residential neighbors. Their number one priority is making money. This is fine and I understand that but these goals do not match the goals of a residential community, which are safety and peacefulness. The fact that this property is even zoned commercial is evidence of the negligent nature of the Spartanburg Zoning and Planning Commission. I have spoken to the Director of Zoning and Planning and I was told that Spartanburg was directed by the City Council to approve all development as long as it met the building codes. This is unbelievable but these are the problems that arise when you have a negligent planning commission that will allow commercial development in a residential community. I am pleading with the court to consider the safety of our wives and our children when you are making your decision to sell the property and I am asking that you only sell this property to a member of this community or place restrictions on the sale mandating that this property be developed for residential purposes in line with our community guidelines. I object to the Trustee marketing and selling this property as commercial land.

CSC Developers marketed this land to the community as future growth of the residential community. It was expected by all members of this community that this property would be developed in accordance with community standards and that it **would become residences owned by people who appreciate aviation and what it** offers. It was also expected that this land would house members of the community that could physically and financially contribute to the upkeep of this community, thus reducing the burden on current owners to maintain the runway, landscaping, electrical bills and associated maintenance with this community. If a business entity is allowed to build here there will not only be a lack of contributing partners but you will allow an entity to exist that works against the objectives of this peaceful community.

I am relying on the wisdom of the court to prevail in this circumstance. I would ask that any person reading this objection ask themselves the question, "Would I want this at the front of my neighborhood"? I think that most people would answer that with a resounding "NO!" and I am asking the court to consider this when making a decision about the safety of our families. These same families are members of your community and I am asking that you skillfully provide for their safety through your decision making authority. I am also asking that you keep us from being negatively impacted financially and consider the values of our homes as a result of this decision. Our community is best left intact and that is best for the Spartanburg community as well. Thank you for your consideration in this matter.

Respectfully,

Jeff D. Swartwood

215 Chandelle Ridge Drive
Woodruff, SC 29388
864-243-1862 mobile
jeff.d.swartwood@gmail.com

cc:   John K. Fort
      Chapter 7 Trustee
      P.O. Box 789
      Drayton, SC 29333



**FROM:** Jeff Swartwood
215 Chandelle Ridge Drive
Woodruff, SC 29388
PHONE (864) 243-1562

**TO:** U.S. Bankruptcy Court
c/o Case 18-02053-HB, Ho 7, CH Dendyers
1100 Laurel Street
Columbia, SC 29201

U.S. POSTAGE PAID
PME 1-Day
REIDVILLE, SC 29375
SEP 27, 19
AMOUNT
$25.50
R2305K141857-2

EJ 137 632 799 US