# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Case Number:   18-02053-HB

## ORDER APPROVING SALE

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CSC Developers, LLC | ) | Case Number 18-02053-HB |
| Debtor | ) | Chapter 7 |

**ORDER AUTHORIZING SALE OF ASSET**

This proceeding comes before the Court on the Application of the Trustee for authority to sell the Estate's interest in: Lot 24 Chandelle Subdivision, Woodruff/Greer, South Carolina. Spartanburg County Map:4-05-00-038.31 for $62,500.00

The Court has been informed that all parties in interest have been notified of the intention to sell said property, and that an objection to the proposed Sale has been filed by Chandelle Property Owners Association (docket #118) in the office of the Clerk of this Court. Chandelle Property Owners Association has agreed to this sale provided the net funds from the sale are not disbursed until further Order of this Court. The Trustee has represented to the Court that such sale is in the best interest of Creditors of the Estate. If the Sale does not close within 30 days of the date of this Order, the Trustee reserves the right to sell the property to a backup purchaser on the same terms and purchase price as stated in the Notice of Sale without further notice.   The identity of the backup purchaser shall be disclosed in the Report of Sale filed with the Court.   If the backup purchaser is an insider, the Trustee shall notify the United States Trustee prior to proceeding with the backup Sale.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the Estate's interest in the above-described property and the net funds from the Sale will not be disbursed until further Order of this Court,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the automatic 14-day stay provided by Fed. R. Bankr. P. 6004(h) does not apply to this Sale.

Consents on next page

CSC Developers, LLC
18-02053
Sale of Lot 24

We Consent:
/s/     *John K. Fort*
John K. Fort, Chapter 7 Trustee
P.O. Box 789
Drayton, SC 29333
(864) 237-8284


*/s/    Robert P. Wood*
Robert P. Wood (Bar # 4738)
1221 Main Street 14th Floor
P.O. Box 100200
Columbia, SC 29202
(803)771-7900