**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: CSC DEVELOPERS, LLC § Case No. 18-02053-HB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John K. Fort, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $59,167.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $319,541.77 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $388,861.34 | | |

3) Total gross receipts of $708,403.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $708,403.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $15,753.95 | $28,710.36 | $28,710.36 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $327,861.34 | $388,861.34 | $388,861.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $533,453.00 | $2,699,000.00 | $2,699,000.00 | $290,831.41 |
| **TOTAL DISBURSEMENTS** | $533,453.00 | $3,042,615.29 | $3,116,571.70 | $708,403.11 |

4) This case was originally filed under chapter 11 on 04/23/2018, and it was converted to chapter 7 on 07/08/2019.  The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2020      By: /s/ John K. Fort
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings or other financial accounts | 1129-000 | $35,086.11 |
| Tax Map #4-05-00-038.53 12.55 Acres of raw land | 1110-000 | $450,000.00 |
| Tax Map #4-05-00-038.31 1.48 Acres | 1110-000 | $62,250.00 |
| Real estate | 1110-000 | $160,000.00 |
| INTEREST IN INSURANCE POLICIES | 1221-000 | $67.00 |
| : Taxi strip between Lot 47 Chandelle Subdivision and Chandelle Ridge Drive. This is not a buildable lot and should be a | 1210-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$708,403.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 4110-000 | NA | $15,753.95 | $15,753.95 | $15,753.95 |
| 15 | Edmund O. Finucane-TR | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 17S | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 18 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 20 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| Sptbg Cty | Spartanburg County Tax Collector | 4700-000 | NA | $0.00 | $12,956.41 | $12,956.41 |
| | **TOTAL SECURED** | | **$0.00** | **$15,753.95** | **$28,710.36** | **$28,710.36** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John K. Fort | 2100-000 | NA | $38,670.16 | $38,670.16 | $38,670.16 |
| Trustee, Expenses - John K. Fort | 2200-000 | NA | $1,756.94 | $1,756.94 | $1,756.94 |
| Attorney for Trustee Fees - Smith Hudson La,w LLC | 3110-000 | NA | $10,726.00 | $10,726.00 | $10,726.00 |
| Auctioneer Fees - Terry Howe & Associates | 3610-000 | NA | $0.00 | $61,000.00 | $61,000.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $2,884.75 | $2,884.75 | $2,884.75 |
| Other Chapter 7 Administrative Expenses - John R. Stewart, Doug Cobb, and Nicole Cobb | 2990-000 | NA | $247,000.00 | $247,000.00 | $247,000.00 |
| Attorney for Trustee Fees (Other Firm) - Roe Cassidy Coates & Price, PA | 3210-000 | NA | $19,305.00 | $19,305.00 | $19,305.00 |
| Attorney for Trustee Expenses (Other Firm) - Roe Cassidy Coates & Price, PA | 3220-000 | NA | $2,219.29 | $2,219.29 | $2,219.29 |
| Attorney for Trustee Expenses (Other Firm) - SmithHudson Law | 3220-000 | NA | $2.45 | $2.45 | $2.45 |
| Accountant for Trustee Fees (Other Firm) - Middleswarth, Bowers & Co. LLP | 3410-000 | NA | $4,638.25 | $4,638.25 | $4,638.25 |
| Accountant for Trustee Expenses (Other Firm) - Middleswarth, Bowers & Co. LLP | 3420-000 | NA | $8.50 | $8.50 | $8.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $327,861.34 | $388,861.34 | $388,861.34 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | SC Dept of Rev. & Tax | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Spartanburg County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Dale and Judy Ellis | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | Lynn and Connie Fleming | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | Bruce and Cindy Goldberg | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5 | Billy and Susan Israel | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 6 | Stu and Marjorie Swanson | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 9 | Bannister Wyatt & Stalvey | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 10 | Walter A. Fanti and Diane B. Fantie | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 11 | Jonathan David Comeaux | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 12 | Gareth Jacobs and Jennifer Jacobs | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 13 | Thomas W. Saniewski Linda L. Saniewski | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 14 | William D. Robinson Marian B. Robinson | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 16S | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16U | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 17U | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 19 | Edmund Owen Finucane-TR | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21 | Robert & Denise Woods | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 22 | Gregory J. Steck Living Trust, Kerry R. Steck Livi Gregory J. Steck, Trustee | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 23 | Jeffrey Dale Swartwood & Lauren M. Swartwood | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 24 | Jeffrey Allen Cooper | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 25 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 26 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | 7100-000 | NA | $1,850,000.00 | $1,850,000.00 | $290,831.41 |
| 27 | Noria Properties, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 28 | David R. Rexroad and Lynne W. Rexroad | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 29 | Clay Schile Trustee, Marshall Schile, Trustee | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 30 | Jaime Reyes | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 31 | Warren and Rhonda Johnson | 7400-000 | NA | $249,000.00 | $249,000.00 | $0.00 |
| 32 | Jane Van Wieren Trust | 7400-000 | NA | $600,000.00 | $600,000.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Angela Tanner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ann and Regan Allen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bannister Wyatt Stalvey, LLC | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Bill and Marian Robinson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Billy and Susan Israel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bruce and Cindy Goldberg | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chandelle Property Owners Association c/o Donald Ryan McCabe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Clay and Marshalia Schile | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Clay and Marshalla Schile | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dale and Judy Ellis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David and Lynn Rexroad | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Doug and Jane Armstrong | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Douglas and Nicole Cobb | 7100-000 | $127,397.00 | NA | NA | NA |
| N/F | Gareth and Jennifer Jacobs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gordon Zuber Estate c/o Colonial Trust Co., PR | 7100-000 | $145,330.00 | NA | NA | NA |
| N/F | Greg and Kerry Steck | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Helmut and Silvia Tuemmel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jamie Reyes & Elvira Cisneros | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jean Brockman | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jeff and Laura Swartwood | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeffery Alien & Pat Cooper | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John & Debbie Weiner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John R. Stewart, Jr. | 7100-000 | $257,726.00 | NA | NA | NA |
| N/F | Jonathan D. Comeaux | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kay Galloway | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ken and Molly Galloway | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ken and Ruth Payne | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lawrence and Barbara Lewis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Luis A. Negrete | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lynn and Connie Fleming | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Morgan and Jan Allison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pat and Andrea Finucane | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Raymond M, Clark | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Raymond M. Clark | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Richard Bauer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rob Graham as Trustee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robert and Denise Woods | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steve and Marilyn Berry | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stu and Marjorie Swanson | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Theron and Tameka Burton | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tim & Debbie Ellis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tom and Linda Saniewski | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tuck Anderson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vadim and Yelena Shpakovskiy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Walt and Dianne Fanti | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Warren and Rhonda Johnson | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$533,453.00** | **$2,699,000.00** | **$2,699,000.00** | **$290,831.41** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-02053-HB | Trustee Name: | (600020) John K. Fort |
|---|---|---|---|
| Case Name: | CSC DEVELOPERS, LLC | Date Filed (f) or Converted (c): | 07/08/2019 (c) |
| | | § 341(a) Meeting Date: | 08/12/2019 |
| For Period Ending: | 10/19/2020 | Claims Bar Date: | 09/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking, savings or other financial accounts | 48,365.00 | 48,365.00 | | 35,086.11 | FA |
| 2 | Accounts receivable | 36,542.00 | 36,542.00 | | 0.00 | FA |
| 3* | Jacobson HR-15 Mowing Tractor (See Footnote) | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4* | Tax Map #4-05-00-038.53 12.55 Acres of raw land (See Footnote) | 81,300.00 | 81,300.00 | | 450,000.00 | FA |
| 5* | Tax Map #4-05-00-038.23 1 Acre (See Footnote) | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 6* | Tax Map #4-05-00-038.31 1.48 Acres (See Footnote) | 4,600.00 | 4,600.00 | | 62,250.00 | FA |
| 7* | Tax Map #4-05-00-038.39 .52 Acres (See Footnote) | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 8* | Tax Map #4-050-00-038.40 .55 Acres (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* | Tax Map #4-05-00-038.49 1.06 Acres (See Footnote) | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 10* | Tax Map #4-05-00-038.42 .105 Acres (See Footnote) | 1,725.00 | 1,725.00 | | 0.00 | FA |
| 11* | Tax Map #4-05-00-038.50 1.13 Acres (See Footnote) | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 12* | INTEREST IN INSURANCE POLICIES (u) (See Footnote) | 0.00 | 67.00 | | 67.00 | FA |
| 13 | : Taxi strip between Lot 47 Chandelle Subdivision and Chandelle Ridge Drive. This is not a buildable lot and should be a common area to be used as a taxi way for access to the runway. (u) | 0.00 | 0.00 | | 1,000.00 | FA |
| 14* | Real estate (See Footnote) | 0.00 | 0.00 | | 160,000.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | $193,432.00 | $193,499.00 | | $708,403.11 | $0.00 |

| RE PROP# 3 | very poor confdtion |
|---|---|
| RE PROP# 4 | Fee simple |
| RE PROP# 5 | Fee simple. This asset was included in the sale of several lots. See Asset 14 |
| RE PROP# 6 | Fee simple |
| RE PROP# 7 | Fee simple. This asset was included in the sale of several lots. See Asset 14 |
| RE PROP# 8 | Fee simple. This asset was included in the sale of several lots. See Asset 14 |
| RE PROP# 9 | Fee simple. This asset was included in the sale of several lots. See Asset 14 |
| RE PROP# 10 | Fee Simple |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-02053-HB  
**Case Name:** CSC DEVELOPERS, LLC  
**For Period Ending:** 10/19/2020  

**Trustee Name:** (600020) John K. Fort  
**Date Filed (f) or Converted (c):** 07/08/2019 (c)  
**§ 341(a) Meeting Date:** 08/12/2019  
**Claims Bar Date:** 09/16/2019  

| | |
|---|---|
| RE PROP# 11 | Fee simple.  This asset was included in the sale of several lots. See Asset 14 |
| RE PROP# 12 | Insurance refund |
| RE PROP# 14 | This is a sale of the following lots, without allocation of the purchase price to any given lot"<br>4-05-00-038.50 202 Vista Pointe Dr Lot 16 Chandelle  Asset 11<br>4-05-00-038.49 103 Landmark Dr Lot 17 Chandelle  Asset 9<br>4-05-00-038.23 115 Landmark Dr Lot 19 Chandelle  Asset 5<br>4-05-00-038.39 Chandelle Ridge Dr p/o Lot 45 Chandelle  Asset7<br>4-05-00-038.40 Chandelle Ridge Dr p/o Lot 46 Chandelle  Asset 8 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| Case No.: 18-02053-HB | Trustee Name: (600020) John K. Fort |
| Case Name: CSC DEVELOPERS, LLC | Date Filed (f) or Converted (c): 07/08/2019 (c) |
| | § 341(a) Meeting Date: 08/12/2019 |
| For Period Ending: 10/19/2020 | Claims Bar Date: 09/16/2019 |

**Major Activities Affecting Case Closing:**

7/11/19 wrote Stokely Holder about claims/claims against owners  He replied he thought they were viable

7/16/19 Mark Weaver called about buying lot 24

7/16/19 Bruce Bannister reps principals and wants to meet set up for 18th.

Write Cooper to remind him about bank accounts

7/18/19  meeting with Bruce Bannister in Greenville ref his clients postions.  Decided to have a meeting before end of July with all interested parties.  I stressed moving quickly would be good while we have everyones attn.

7/19/19 meeting set for 7/30/19.  Wood accepted.  Holder has associate coming via phone.

7/20/19 received depositions from Wood.  Started reading.  Lot's of equitable real estate issues.  Called Josh to represent estate

7/24/19 NOS on lot 24

7/29/19 call from Galloway, a property owner.  May overbid on Lot

8/16/19 Howe hired

8/28/19 NOS on acreage

9/6/19 meeting with all lawyers at Joshs.  Maybe made progress

9/20/19  Hearing on sale of Lot approved

9/11/19 reviewed Josh's Notice of Settlement--small changes and returned.  Need to get sale noticed

9/17/19 There is no way the repairs to the runway are damages to the homeowners.  If the runway was deeded to the HOA/POA when the subdivision was started, all of the expenses of maintenance would have been paid by the HOA/POA.  Bob's argument is inconsistent and since a lot of the damages seem to revolve around the repairs

Johnny Butler involved--voice of reason!

9/20/18 agreement with POA to sell them runway

10/25/19  met Josh and Bob, etc. ref global settlement--need Sand C

11/12 meeting just Josh

11/22/19 Motion Settlement and compromise

12/19/19  Order on S and C

1/6/20 hearing on sale approved 10 acres

1/7/20 lawyer and Brandon still working with county--about done

1/14/20 90 MINUTES on Phone with TD to close acct despite 3 letters and a visit to Branch.  Sent me back to branch

2/ 12/20   went to branch

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 18-02053-HB  
**Case Name:** CSC DEVELOPERS, LLC  

**Trustee Name:** (600020) John K. Fort  
**Date Filed (f) or Converted (c):** 07/08/2019 (c)  
**§ 341(a) Meeting Date:** 08/12/2019  

**For Period Ending:** 10/19/2020  
**Claims Bar Date:** 09/16/2019  

4/21/20  Ted was in Spartanburg and got me the contact info. for TD bank person I had talked to.  Sent email

4/22/20 TD said $ on the way per Shawna Pearl

6/1/20  6/1/20  Discussed with Brandon and he agrees that a 10% diminution of value claim for homeowners was reasonable. Told Josh to have Bob amend to reflect that.

6/22/20  Sent to Ed Bowers for Tax return.  It is a consolidated return with Chandelle

07/15/20 Received Tax Returns from Accountant. Will copy and mail. Hope to close as soon as Prompt Determinations come in.

**Initial Projected Date Of Final Report (TFR):** 08/12/2020

**Current Projected Date Of Final Report (TFR):** 08/31/2020 (Actual)

10/19/2020  
Date

/s/John K. Fort  
John K. Fort

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 18-02053-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | CSC DEVELOPERS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6904 | Account #: | ******9513 Checking |
| For Period Ending: | 10/19/2020 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/02/19 | {6} | David G White PA | 114 Landmark Drive Order docket #138 | 1110-000 | 62,500.00 | | 62,500.00 |
| 02/13/20 | | Alexander Hray, Jr, Attorney | Sale of 10 acres | | 403,954.60 | | 466,454.60 |
| | {4} | | Sale of 10 acres to Fnchp. Docket #142 $450,000.00 | 1110-000 | | | |
| | | Spartanburg County Tax Collector | Spartanburg County Real Property Tax -$1,045.40 | 4700-000 | | | |
| | | Terry Howe & Associates | sales agent/liquidator fees -$45,000.00 | 3610-000 | | | |
| 02/13/20 | {6} | David G. White PA | Wrong amount entered in 12/2/19 deposit | 1110-000 | -250.00 | | 466,204.60 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 372.58 | 465,832.02 |
| 04/29/20 | {12} | Liberty Mutual | Insurance refund | 1221-000 | 67.00 | | 465,899.02 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 744.57 | 465,154.45 |
| 05/06/20 | {1} | TD Bank | Close TD bank acct | 1129-000 | 35,086.11 | | 500,240.56 |
| 05/24/20 | | Smith Hudson La,w LLC | Lot 47 Taxiway remnant sale | | 726.30 | | 500,966.86 |
| | {13} | Chandelle Property Owners Association | Lot 47 taxiway remnant $1,000.00 | 1210-000 | | | |
| | | Smith Hudson La,w LLC | Deed preparation -$250.00 | 3110-000 | | | |
| | | Spartanburg County Tax Collector | pro rata property taxes -$23.70 | 4700-000 | | | |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 759.94 | 500,206.92 |
| 06/08/20 | | Alexander Hray, Jr | Sale of Assets 5,7,8,9,11 | | 132,112.69 | | 632,319.61 |
| | {14} | | Assets 5,7,8,9,11. Comined sale without allocation per lot $160,000.00 | 1110-000 | | | |
| | | Terry Howe & Associates | 10% Commission -$16,000.00 | 3610-000 | | | |
| | | Spartanburg County Tax Collector | Taxes for 2019 (8,657.85 + Pro rata taxes for 2020  3229.46 -$11,887.31 | 4700-000 | | | |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,007.66 | 631,311.95 |
| 09/29/20 | 101 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC18-02053CSC DEVELOPERS, LLC$15,753.95Contact: johnkfort@gmail.com | 4110-000 | | 15,753.95 | 615,558.00 |
| 09/29/20 | 102 | Middleswarth, Bowers & Co. LLP | Middleswarth, Bowers & Co. LLP18-02053CSC DEVELOPERS, LLC$8.50Contact: johnkfort@gmail.com | 3420-000 | | 8.50 | 615,549.50 |

**Page Subtotals:** $634,196.70    $18,647.20

{ } Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                              ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 18-02053-HB | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | CSC DEVELOPERS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6904 | Account #: | ******9513 Checking |
| For Period Ending: | 10/19/2020 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/20 | 103 | Middleswarth, Bowers & Co. LLP | Middleswarth, Bowers & Co. LLP18-02053CSC DEVELOPERS, LLC$4,638.25Contact: johnkfort@gmail.com | 3410-000 | | 4,638.25 | 610,911.25 |
| 09/29/20 | 104 | Roe Cassidy Coates & Price, PA | Roe Cassidy Coates & Price, PA18-02053CSC DEVELOPERS, LLC$2,219.29Contact: johnkfort@gmail.com | 3220-000 | | 2,219.29 | 608,691.96 |
| 09/29/20 | 105 | Roe Cassidy Coates & Price, PA | Roe Cassidy Coates & Price, PA18-02053CSC DEVELOPERS, LLC$19,305.00Contact: johnkfort@gmail.com | 3210-000 | | 19,305.00 | 589,386.96 |
| 09/29/20 | 106 | SmithHudson Law | SmithHudson Law18-02053CSC DEVELOPERS, LLC$2.45Contact: johnkfort@gmail.com | 3220-000 | | 2.45 | 589,384.51 |
| 09/29/20 | 107 | Smith Hudson La,w LLC | Smith Hudson La,w LLC18-02053CSC DEVELOPERS, LLC$10,726.00Contact: johnkfort@gmail.com | 3110-000 | | 10,476.00 | 578,908.51 |
| 09/29/20 | 108 | John K. Fort | John K. Fort18-02053CSC DEVELOPERS, LLC$38,670.16Contact: johnkfort@gmail.com | 2100-000 | | 38,670.16 | 540,238.35 |
| 09/29/20 | 109 | John R. Stewart, Doug Cobb, and Nicole Cobb | John R. Stewart, Doug Cobb, and Nicole Cobb18-02053CSC DEVELOPERS, LLC$247,000.00Contact: johnkfort@gmail.com | 2990-000 | | 247,000.00 | 293,238.35 |
| 09/29/20 | 110 | John K. Fort | John K. Fort18-02053CSC DEVELOPERS, LLC$1,756.94Contact: johnkfort@gmail.com | 2200-000 | | 1,756.94 | 291,481.41 |
| 09/29/20 | 111 | U.S. Trustee | U.S. Trustee18-02053CSC DEVELOPERS, LLC$650.00Contact: johnkfort@gmail.com | 2950-000 | | 650.00 | 290,831.41 |
| 09/29/20 | 112 | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC | Chandelle Property Owners Association c/o Robert P. Wood, Esq. Rogers Townsend & Thomas, PC18-02053CSC DEVELOPERS, LLC$1,850,000.00Contact: johnkfort@gmail.com | 7100-000 | | 290,831.41 | 0.00 |
| | | **COLUMN TOTALS** | | | 634,196.70 | 634,196.70 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 634,196.70 | 634,196.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$634,196.70** | **$634,196.70** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-02053-HB | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | CSC DEVELOPERS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6904 | **Account #:** | ******9513 Checking |
| **For Period Ending:** | 10/19/2020 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $634,196.70 |
| Plus Gross Adjustments: | $74,206.41 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $708,403.11 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9513 Checking | $634,196.70 | $634,196.70 | $0.00 |
| | **$634,196.70** | **$634,196.70** | **$0.00** |

10/19/2020  
Date

/s/John K. Fort  
John K. Fort

UST Form 101-7-TDR (10 /1/2010)